UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| **CURTIS WILLIAMS** | * | **CAUSE NO. 4:18-CV-00114** |
| | * | |
| **VERSUS** | * | **JUDGE: TANYA WALTON PRATT** |
| | * | |
| **AMERICAN COMMERCIAL BARGE LINE, LLC** | * | |
| | * | |
| | * | |
| | * | |
| | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## JOINT MOTION FOR DISMISSAL

NOW INTO COURT, through undersigned counsel, come Plaintiff, Curtis Williams, and Defendant, American Commercial Barge Line, LLC, who upon suggesting to the Court that the parties have amicably resolved all issues, hereby move to dismiss all claims asserted or which could have been asserted by and against each other, with prejudice, with each party to bear their own costs.

WHEREFORE, Plaintiff and Defendant pray all claims asserted or which may have been asserted in this matter be dismissed, with prejudice, with each party to pay its own costs.

Dated:   May 30, 2019                          All of which is respectfully submitted:

*/s/ Hugh P. Lambert*                                     */s/ Danica Denny*
HUGH P. LAMBERT, T.A. (LA Bar #7933)    PATRICK J. MCSHANE T.A. (#19055)
CAYCE C. PETERSON, ESQ. (LA Bar #32217)  DANICA BENBOW DENNY (#27376)
BRIAN C. MEARS, ESQ. (LA Bar #35909)    KATHLEEN P. RICE (#31291)
The Lambert Firm, PLC                   LAUREN A. GUICHARD (#35800)
701 Magazine Street                     Frilot LLC
New Orleans, Louisiana 70130            1100 Poydras Street, Suite 3700
T: (504) 581-1750; F: (504) 529-2931    New Orleans, LA 70163-3600
hlambert@thelambertfirm.com             Telephone: (504) 599-8000
cpeterson@thelambertfirm.com            Facsimile: (504) 599-8100
bmears@thelambertfirm.com

*Attorneys for American Commercial*
*Counsel for Plaintiff*                          *Barge Lines LLC admitted Pro Hac Vice*

## CERTIFICATE OF SERVICE

I hereby certify that on May 30, 2019, a copy of the foregoing was served on all counsel of record via electronic mail and by filing same with CM/ECF.

*/s/ Hugh P. Lambert*
HUGH P. LAMBERT, T.A. (LA Bar #7933)